IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: Search Warrant | ) ) ) | No. 04- 44M |

**MOTION TO SEAL**

The United States moves to seal the Application for Search Warrant, Search Warrant, and the entire file until further order of the Court.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: April 20, 2004

IT IS SO ORDERED this 20 day of April, 2004.

_____
Honorable Mary Pat Thynge
United States Magistrate Court

FILED
APR 2 4 2004
U.S. DISTRICT COURT
DISTRICT OF DELAWARE